1  SHAUN SETAREH
   TUVIA KOROBKIN
2  ALICE KIM
   SETAREH LAW GROUP
3  9454 Wilshire Blvd.
   Suite 907
4  Beverly Hills, California 90212
   Tel No.: (310) 888-7771
5  Fax No.: (310) 888-0109

6  Attorneys for Plaintiffs

7  DONNA M. MEZIAS (SBN 111902)
   LIZ K. BERTKO (SBN 268128)
8  AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, Suite 1500
9  San Francisco, CA  94104
   Telephone:    415-765-9500
10 Facsimile:    415-765-9501
   dmezias@akingump.com
11 lbertko@akingump.com

12 Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
13

14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17

18 | TERRIA HARRIS, on behalf of       | Case No. 14-cv-04206-VC
   | herself, and all others similarly |
   | situated,                         | STIPULATION AND [PROPOSED]
19 |                                   | ORDER TO CONTINUE INITIAL
   |            Plaintiffs,            | CASE MANAGEMENT
20 |                                   | CONFERENCE AS MODIFIED
21 |      v.                           | Judge:   Hon. Vince Chhabria
22 | HOME DEPOT U.S.A., INC., a         | Date:    December 16, 2014
   | Delaware corporation; and DOES 1  |
23 | through 50, inclusive,            | Time:    10:00 a.m.
24 |            Defendants.            | Courtroom:  4
25

26

27

28

## STIPULATION

1.      This case was assigned to the Honorable Vince Chhabria on November 20, 2014.  On that date, Judge Chhabria issued an Order setting the Initial Case Management Conference for December 16, 2014 at 10:00 AM.

2.      Counsel for defendant has a conflict on that date and will be out of town.

3.      Given the upcoming holidays and parties' litigation schedules, counsel for both parties are available on February 3, 2015.

4.      Counsel for plaintiff has another short appearance at 10:00 AM  on February 3, 2015, in another matter in the San Francisco courthouse.  However, given the difficulty in obtaining a mutually convenient date, the parties have agreed to schedule the Initial Case Management Conference on February 3, 2015, and will be flexible with the timing of the conference that morning.

NOW, THEREFORE, plaintiff and defendant, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      That the Initial Case Management Conference, currently scheduled for December 16, 2014, shall be continued to February 3, 2015.


Dated:  December 9, 2014          **AKIN GUMP STRAUSS HAUER & FELD LLP**


                                 By:  _/S/  Donna M. Mezias_____
                                          Donna M. Mezias
                                          Attorneys for defendant



Dated:  December 9, 2014          **SETAREH LAW GROUP**


                                 By: _/S/   Shaun Setareh_____
                                          Shaun Setareh
                                          Attorneys for plaintiff

1    [PROPOSED] **ORDER** AS MODIFIED

2          **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**, that the Initial

3    Case Management Conference, currently scheduled for December 16, 2014, shall be

4    continued to February 3, 2015, at 10:00 a.m., in Courtroom 4 of this Court.

5    However, the parties are permitted to proceed with discovery in accordance with the Federal Rules of Civil Procedure.

6    Dated:  December 10, 2014



IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  580 California Street, Suite 1500, San Francisco, California 94104.  On December 9, 2014, I served the foregoing document(s) described as:

1. STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; and

2. DECLARATION OF DONNA M. MEZIAS IN SUPPORT OF STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE,

on the interested party(ies) below, using the following means:

All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on December 9, 2014 at San Francisco, California.

Jeremias V. Cordero