SHAUN SETAREH
TUVIA KOROBKIN
ALICE KIM
SETAREH LAW GROUP
9454 Wilshire Blvd.
Suite 907
Beverly Hills, California 90212
Tel No.: (310) 888-7771
Fax No.: (310) 888-0109

Attorneys for Plaintiffs

DONNA M. MEZIAS (SBN 111902)
LIZ K. BERTKO (SBN 268128)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:    415-765-9500
Facsimile:    415-765-9501
dmezias@akingump.com
lbertko@akingump.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRIA HARRIS, on behalf of herself, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 14-cv-04206-VC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE RESPONSE DATES AND HEARING ON PLAINTIFF'S MOTION TO REMAND AND INITIAL CASE MANAGEMENT CONFERENCE<br><br>Judge:   Hon. Vince Chhabria<br><br>Date:    January 22, 2015<br><br>Time:    10:00 a.m.<br><br>Courtroom:  4 |

## STIPULATION

1. On August 15, 2014, this putative class action was filed in the Superior Court of California, County of Alameda, Case No. RG14737071. Defendant removed the action to the Northern District of California on September 17, 2014.

2. On December 12, 2014, plaintiff filed a motion for remand. Defendant's opposition is currently due December 26, 2014, and plaintiff's reply is due on January 2, 2015. The motion hearing is set for January 22, 2015.

3. Counsel for defendant will be on vacation from December 24, 2014, until January 5, 2015.

4. Therefore, the parties have agreed to continue the dates for the responsive briefs and hearing by two weeks.

5. The initial Case Management Conference in this case is scheduled for February 3, 2015. For efficiency, the parties further request that the Case Management Conference be held at the same time as the hearing on plaintiff's motion to remand.

NOW, THEREFORE, plaintiff and defendant, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. That the briefing and hearing schedule shall be continued for two weeks, as follows: defendant's opposition will be due on January 9, 2015, plaintiff's reply will be due on January 16, 2015, and the hearing on the motion shall be continued to February 5, 2015.

2. That the Case Management Conference currently scheduled for February 3, 2015, at 10:00 a.m. be held on February 5, 2015 at 10:00 a.m.

Dated: December 19, 2014            AKIN GUMP STRAUSS HAUER & FELD LLP

                                    By: */S/ Donna M. Mezias*
                                            Donna M. Mezias
                                            Attorneys for defendant


Dated: December 19, 2014            SETAREH LAW GROUP


                                    By: */S/ Shaun Setareh*
                                            Shaun Setareh
                                            Attorneys for plaintiff

## [~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**, that the Hearing on plaintiff's Motion to Remand shall be continued to February 5, at 10:00 a.m., in Courtroom 4 of this Court.  Accordingly, defendant's opposition will be due on January 9, 2015, and plaintiff's reply will be due on January 16, 2015.  It is further ordered that the Case Management Conference currently scheduled for February 3, 2015, at 10:00 a.m. continued to February 5, 2015 at 10:00 a.m.

Dated:  December 19, 2014

_____
Honorable Vince Chhabria
United State District Judge

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATES AND HEARING ON PLAINTIFF'S MOTION TO REMAND AND INITIAL CASE MANAGEMENT CONFERENCE

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On December 19, 2014, I served the foregoing document(s) described as:

1. STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATES AND HEARING ON PLAINTIFF'S MOTION TO REMAND AND INITIAL CASE MANAGEMENT CONFERENCE; and

2. DECLARATION OF DONNA M. MEZIAS RE STIPULATION AND PROPOSED ORDER TO CONTINUE RESPONSE DATES AND HEARING ON PLAINTIFF'S MOTION TO REMAND AND INITIAL CASE MANAGEMENT CONFERENCE,

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on December 19, 2014 at San Francisco, California.

_____
Jeremias V. Cordero