UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRIA HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　　Defendant. | Case No. 14-cv-04206-VC<br><br>**ORDER DENYING MOTION TO REMAND**<br><br>Re: Dkt. No. 14 |

　　　The motion to remand is denied for the reasons stated on the record. Denial is without prejudice to filing a renewed motion to remand if the plaintiff determines that Dr. Anderson's estimate is contradicted by facts obtained in discovery. The plaintiff may conduct discovery with respect to Dr. Anderson's declaration during the period set by the Court for discovery with respect to the named plaintiff's claims.

　　　**IT IS SO ORDERED**.

Dated: February 5, 2015

_____
VINCE CHHABRIA
United States District Judge