United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TERRIA K. HARRIS, ET AL.,** | **Case No.: 15-CV-1058 YGR** |
| **Plaintiffs,** | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| **vs.** | |
| **HOME DEPOT U.S.A., INC., ET AL.,** | |
| **Defendants.** | |

Pursuant to Civil Local Rule 3-12 (c), the undersigned **ORDERS** that the above-captioned case is referred to Judge Vince Chhabria to consider whether it is related to the following:

*Harris v. Home Depot*, Case No. 14-CV-4206

**IT IS SO ORDERED.**

Date:  May 18, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**