SHAUN SETAREH (SBN 204514)
TUVIA KOROBKIN (SBN 26066
SETAREH LAW GROUP
9454 Wilshire Blvd.
Suite 907
Beverly Hills, California 90212
Tel No.: (310) 888-7771
Fax No.: (310) 888-0109

Attorneys for Plaintiff

DONNA M. MEZIAS (SBN 111902)
LIZ K. BERTKO (SBN 268128)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:    415-765-9500
Facsimile:    415-765-9501
dmezias@akingump.com
lbertko@akingump.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRIA HARRIS, on behalf of herself, and all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 14-cv-04206-VC<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

1
2       The Court has considered the parties' joint further case management statement
3   and the request therein to continue the case management conference currently scheduled
4   for August 4, 2015. Good cause appearing, the request IS HEREBY GRANTED. The
    case management conference is continued from August 4, 2015 at 10:00 a.m. to
5
    September 8, 2015 at 10:00 a.m.
6
        IT IS SO ORDERED.
7
8   Dated:   July 30  , 2015
9                                          Honorable Vince Chhabria
                                           United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28